# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| NICOLE CUMBERBATCH, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. ) | CIVIL NO. 3:16CV238 |

## ORDER

Upon motion of the United States and the individual defendant, Deirdre Jones in her official capacity, to substitute the United States as the party defendant and to dismiss Defendant Jones, and for good cause shown.

**IT IS ORDERED** that the motion is **GRANTED** and that the Plaintiff's Complaint against the named individual defendant, Deirdre Jones, is **DISMISSED.**

**IT IS FURTHER ORDERED** that the United States of America is substituted as the proper party defendant in her place.

Signed: May 19, 2016

Graham C. Mullen
United States District Judge