# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE **DIVISION**
### CIVIL ACTION NO. 3:16-CV-00238-GCM

| | | |
|---|---|---|
| NICOLE CUMBERBATCH, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **AMENDED ORDER** |
| | ) | |
| USA, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Defendant's Motion to Dismiss (Doc. No. 4).

It appears that Defendant may be entitled to dismissal of this civil action as a matter of law. In furtherance of the principles set forth in *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), the Court advises the Plaintiff, who is proceeding *pro se*, of her obligation to respond to the Motion. Therefore, the Plaintiff is directed to file a response as described below:

**TO THE PLAINTIFF, NICOLE CUMBERBATCH, READ THE FOLLOWING VERY CAREFULLY:**

You may file a brief written argument opposing the Defendant's Motion to Dismiss on or before **June 14, 2016**.

You are hereby advised that you have until **June 14, 2016** to file your response to the Motion to Dismiss. If you fail to respond to the motion, the Court will proceed to decide the matter. A copy of the response must be served on the opposite party and a certificate of service must be filed with the Court showing that a copy has been sent to counsel for the opposite party.

**IT IS THEREFORE ORDERED** that Plaintiff may respond to the Motion to Dismiss (Doc. No. 4) on or before **June 14, 2016**.  Failure to file a timely response may lead to the dismissal of Plaintiff's case without further notice.

The Clerk is directed to send a copy of this NOTICE and ORDER to Plaintiff's address of record.

**SO ORDERED.**

Signed: May 31, 2016

Graham C. Mullen
United States District Judge